Generated: Jul 12, 2024 2:52PM

Page 1/1



## U.S. District Court

### Texas Western - San Antonio

Receipt Date: Jul 12, 2024 2:52PM

MARK ANTHONY ORTEGA
152 BEDINGFELD
SAN ANTONIO, TX 78231

Rcpt. No: 5422   Trans. Date: Jul 12, 2024 2:52PM   Cashier ID: #DG

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1000 | 07/4/2024 | | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** 5:24-CV-769. MARK ANTHONY ORTEGA V. DH & RK INVESTMENTS LLC D/B/A FUNDQUBE.

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov