Mark Anthony Ortega
152 Bedingfeld
San Antonio, TX 78231

RECEIVED
JUL 11 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, TX 78207



SA24CA0769 XR  MJ-ESC