FILED

OCT 1 5 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MARK ANTHONY ORTEGA

                Plaintiff,

v.

CARLOS HERRERA and FUNDCUBE INC.
D/B/A FUNDQUBE,

                Defendants.

Case No. SA-24-CV-00769-XR

## PROOF OF SERVICE

I, Mark Anthony Ortega, Plaintiff in the above-entitled action, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

On September 3, 2024, pursuant to the Court's Order Granting Motion for Alternative Service (ECF No. 7), which states,

> "Plaintiff is also **DIRECTED** to send a copy of the Summons, First Amended Complaint, and this Order by certified mail to 1207 13th ST, Imperial Beach, CA 91932,"

I mailed a true and correct copy of the Summons, First Amended Complaint, and Order for Alternate Service to the following parties by Certified Mail with Electronic Delivery Confirmation, addressed as follows:

- Carlos Herrera
  1207 13th St.
  Imperial Beach, CA 91932

- FundCube, Inc.
  D/B/A Fundqube
  1207 13th St.
  Imperial Beach, CA 91932

Copies of the certified mail delivery receipts are attached hereto as Exhibits 1 and 2.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2024

Respectfully submitted,

Mark Anthony Ortega
Plaintiff, Pro Se

By: /s/ Mark A. Ortega

mortega@utexas.edu
PO Box 702099
San Antonio, TX 78270
Telephone: (210) 744-9663

# **EXHIBIT 1**

# Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

Mark Anthony Ortega
PO BOX 702099
SAN ANTONIO TX 78270-2099

$7.16  US POSTAGE
FIRST-CLASS
Sep 03 2024
Mailed from ZIP 97230
4 OZ FIRST-CLASS MAIL FLATS RATE ZONE 5
11923275



062S0010282493

**USPS CERTIFIED MAIL**



9407 1118 9876 5489 7036 21

FundCube Inc
D/B/A Fundqube
1207 13TH ST
IMPERIAL BCH CA 91932-3610

| | |
|---|---|
| Reference | |
| USPS # | 9407111898765489703621 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to an individual at the address at 10:24 am on September 9, 2024 in IMPERIAL BEACH, CA 91932. |
| USPS History | In Transit to Next Facility, 09/07/2024 |
| | Arrived at USPS Regional Destination Facility, 09/06/2024, 6:03 pm, SAN DIEGO CA DISTRIBUTION CENTER |
| | Arrived at USPS Origin Facility, 09/05/2024, 2:07 am, PORTLAND, OR 97215 |
| | Accepted at USPS Origin Facility, September 5, 2024, 12:52 am, PORTLAND, OR 97230 |
| | Shipping Label Created, USPS Awaiting Item, 09/03/2024, 4:13 pm, PORTLAND, OR 97230 |

**Electronic Delivery Confirmation Report** © 2024 Certified Mail Envelopes, Inc. All rights reserved.
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2024** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 09/10/2024 06:40:40 (UTC)**

# **EXHIBIT 2**

# Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

Mark Anthony Ortega
PO BOX 702099
SAN ANTONIO TX 78270-2099

$7.16  US POSTAGE
FIRST-CLASS
Sep 03 2024
Mailed from ZIP 97230
4 OZ FIRST-CLASS MAIL FLATS RATE ZONE 5
11923275

062S0010937442

**USPS CERTIFIED MAIL**



9407 1118 9876 5489 7091 66

Carlos Herrera
1207 13TH ST
IMPERIAL BCH CA 91932-3610

| | |
|---|---|
| Reference | |
| USPS # | 9407111898765489709166 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to an individual at the address at 10:24 am on September 9, 2024 in IMPERIAL BEACH, CA 91932. |
| USPS History | In Transit to Next Facility, 09/07/2024 |
| | Arrived at USPS Regional Destination Facility, 09/06/2024, 6:03 pm, SAN DIEGO CA DISTRIBUTION CENTER |
| | Arrived at USPS Origin Facility, 09/05/2024, 2:07 am, PORTLAND, OR 97215 |
| | Accepted at USPS Origin Facility, September 5, 2024, 12:52 am, PORTLAND, OR 97230 |
| | Shipping Label Created, USPS Awaiting Item, 09/03/2024, 4:11 pm, PORTLAND, OR 97230 |

**Electronic Delivery Confirmation Report © 2024 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2024** Certified Mail Envelopes, Inc. www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 09/10/2024 06:40:59 (UTC)**

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION

| | |
|---|---|
| **MARK ANTHONY ORTEGA** <br> *Plaintiff* <br> v. <br> **CARLOS HERRERA AND FUNDCUBE INC. D/B/A FUNDQUBE,** <br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:24-CV-00769-XR |

## AFFIDAVIT OF SERVICE

I, Rosangela Castillo, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on September 24, 2024, at 4:26 pm. I delivered these documents to FundQube Inc. in San Diego County, CA on September 25, 2024 at 9:31 am at 1207 13th Street, Imperial Beach, CA 91932 by posting the documents in a conspicuous place at the premises.

Order for Alternative Service
Summons
Amended Complaint
Cover Sheet

Additional Description:
No answer at the door, no cars in the driveway either. Documents got posted on the property gate.

Geolocation of Serve: https://google.com/maps?q=32.5746883439,-117.1055336245
Photograph: See Exhibit 1

My name is Rosangela Castillo, my date of birth is 7/22/1999, and my address is 470 Third Ave, 5, Chula Vista, CA 91910, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__San Diego County_____ ,

__CA____ on __9/27/2024_____ .

/s/ *Rosangela Castillo*
_____
Rosangela Castillo
+1 (619) 904-1002
Certification Number: 3669
Expiration Date: 3/13/2025



# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION

| | |
|---|---|
| **MARK ANTHONY ORTEGA** <br> *Plaintiff* <br><br> v. <br><br> **CARLOS HERRERA AND FUNDCUBE INC. D/B/A FUNDQUBE,** <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 5:24-CV-00769-XR ) ) ) ) ) |

## AFFIDAVIT OF SERVICE

I, Rosangela Castillo, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on September 24, 2024, at 4:26 pm. I delivered these documents to Carlos Herrera in San Diego County, CA on September 25, 2024 at 9:33 am at 1207 13th Street, Imperial Beach, CA 91932 by posting the documents in a conspicuous place at the premises.

Order for Alternative Service
Summons
Amended Complaint
Cover Sheet

Additional Description:
No answer at the door, no cars in the driveway either. Documents got posted on the property gate.

Geolocation of Serve: https://google.com/maps?q=32.5746754897,-117.1055171357
Photograph: See Exhibit 1

My name is Rosangela Castillo, my date of birth is 7/22/1999, and my address is 470 Third Ave, 5, Chula Vista, CA 91910, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

San Diego County ,

CA on 9/27/2024 .

*/s/ Rosangela Castillo*

Rosangela Castillo
+1 (619) 904-1002
Certification Number: 3669
Expiration Date: 3/13/2025



