## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA,<br>*Plaintiff* | § § § § | |
| -vs- | § § | SA-24-CV-00769-XR |
| CARLOS HERRERA, FUNDCUBE, INC.,<br>*Defendants* | § § § § | |

### ORDER

On this date, the Court considered the status of this case. Plaintiff, proceeding *pro se*, commenced this action by filing his Complaint on July 11, 2024. ECF No. 1. He filed an Amended Complaint on July 22, 2024. ECF No. 4. The Court granted his motion for alternative service of process, ECF No. 6, on August 30, 2024. ECF No. 7. On October 15, 2024, Plaintiff filed his Proof of Service indicating that Defendants Carlos Herrera and FundCube, Inc were properly served. ECF No. 8.

Although the deadline to answer or otherwise respond has expired, Defendants have not yet filed an answer or otherwise responsive pleading, requested an extension of time in which to do so, or otherwise appeared in this action.

Accordingly, Plaintiff is **ORDERED** to move for entry of default and default judgment **within 30 days** of this Order. *See* Fed. R. Civ. P. 55. The Plaintiff's motion for default judgment must demonstrate that service was sufficient on Defendants to support default judgment. The Plaintiff's motion should also establish personal jurisdiction over Defendants. **Failure to comply with this Order may result in dismissal of this case without prejudice**. *See* Local Rule CV-55.

It is so **ORDERED**.

**SIGNED** this 27th day of October, 2024.

                                 _____
                                 XAVIER RODRIGUEZ
                                 UNITED STATES DISTRICT JUDGE