UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**November 6, 2024**

Mark Anthony Ortega
   Plaintiff

v.                    5:24-cv-769-XR

Carlos Herrera
   Defendant

DEFAULT ENTRY BY CLERK

It appearing from the records in the above entitled action that summons, issued on Plaintiff's Complaint, has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for plaintiff that defendant(s) has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for plaintiff, the default of the following named defendant(s) is hereby entered:

**Carlos Herrera**

           PHILLIP J. DEVLIN, CLERK
           UNITED STATES DISTRICT COURT

       By: *Monica Granados-Ramos*
         Monica Granados-Ramos, Deputy Clerk