IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ANTHONY ORTEGA<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS HERRERA AND FUNDCUBE INC. D/B/A FUNDQUBE,<br><br>    Defendants. | Case No. 5:24-cv-00769-XR |

## CLERK'S ENTRY OF DEFAULT

The Plaintiff, Mark Anthony Ortega, having filed a Complaint (ECF No. 1) on July 11, 2024, as well his First Amended Complaint (ECF No. 4) on July 22, 2024 and the Defendant Fundcube Inc. D/B/A Fundqube ("FundQube") having failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, and the time for responding having expired;

IT IS ORDERED, that the Clerk enter the default of the Defendant, FundQube.

02/07/2025             By: *Veronica Leyva*
                    Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

MARK ANTHONY ORTEGA
                Plaintiff,
  v.
CARLOS HERRERA AND FUNDCUBE INC.
D/B/A FUNDQUBE,
                Defendants.

Case No. 5:24-cv-00769-XR

### DECLARATION IN SUPPORT OF CLERK'S ENTRY OF DEFAULT

I hereby certify that I, Mark Anthony Ortega, am the Plaintiff in the above cause, and that Defendant Fundcube Inc. D/B/A Fundqube ("FundQube") was served on September 25, 2024 as evidenced by the Proof of Service. (ECF No. 8)

I further certify that the defendant has failed to serve an answer or other responsive pleading; the defendant is neither an infant (under age 21) nor an incompetent person; the defendant is not in the active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case. Therefore, the Clerk is requested to enter a default against said defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 6, 2025

                                                      Respectfully Submitted,

                                                      /s/ *Mark Anthony Ortega*
                                                      Mark Anthony Ortega
                                                      Plaintiff, Pro Se
                                                      mortega@utexas.edu
                                                      PO Box 702099
                                                      San Antonio, TX 78270
                                                      Telephone: (210) 744-9663