**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, <br> *Plaintiff* <br><br> -vs- <br><br> CARLOS HERRERA,  FUNDCUBE, INC. <br> d/b/a FUNDQUBE, <br> *Defendants* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | SA-24-CV-00769-XR |

**FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Mark Anthony Ortega, shall recover from Defendants Carlos Herrera and FundCube, Inc., d/b/a FundQube the amount of $55,000. Plaintiffs shall recover from Defendants Herrera and FundQube $470 in costs. Post-judgment interest shall accrue at the rate of 4.02%. Defendants Herrera and FundQube are **JOINTLY AND SEVERALLY LIABLE** for the damages, costs, and post-judgment interest.

It is so **ORDERED**.

**SIGNED** this 16th day of May, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE